EARL DAFFER et al., as Executors of MARY LEONARD, Deceased, Respondents, *v.* BROOKLYN SAVINGS BANK, Defendant, and JANE LARKIN, Appellant.

(Submitted September 30, 1935; decided October 8, 1935.)

*Honour B. Gelson* for motion.

*Hyman D. Rapps* opposed.

Motion denied, with ten dollars costs.